UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO CALIXTO HERNANDEZ, | Case No. 1:26-cv-03990-NW |
| Petitioner, | **ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS** |
| v. | |
| WARDEN CENTRAL VALLEY ANNEX DETENTION FACILITY, *et al.*, | Re: ECF No. 1 |
| Respondents. | |

Petitioner Pedro Calixto Hernandez submitted the instant petition and accompanying motion for a temporary restraining order on May 26, 2026. *See* ECF Nos. 1, 2. The Court granted Petitioner's motion for a temporary restraining order and ordered Petitioner's immediate release on June 18, 2026. ECF No. 12. The Court also directed Respondents to file a response to show cause why the Petition should not be granted, and judgment entered for Petitioner by June 25, 2026. *Id*. at 7.

Respondents did not file a response to the order to show cause. As such, the Court GRANTS the petition, and orders as follows:

1.      Respondents shall not re-detain or impose any additional restrictions on Petitioner, unless they are determined to be necessary at a future pre-deprivation and/or custody hearing. If the Government seeks to re-detain Petitioner, it must provide no less than seven (7) days' notice to Petitioner and must hold a pre-deprivation bond hearing before a neutral arbiter pursuant to section 1226(a) and its implementing regulations, at which Petitioner's eligibility for bond must be considered.

2.      This Order does not address the circumstances in which Respondents may detain Petitioner in the event Petitioner becomes subject to an executable final order of removal.

3.      The Clerk of the Court is directed to enter judgment in favor of Petitioner and close this case.


**IT IS SO ORDERED**

Dated: June 30, 2026

_____

Noël Wise
United States District Judge